# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-873** |
| **TRAVIS DAY, WARDEN** | **SECTION: "A"(5)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment against petitioner, Donald Anderson, dismissing without prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this 2nd day of August, 2024.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE