UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-873** |
| **TRAVIS DAY, WARDEN** | **SECTION: "A"(5)** |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned *habeas corpus* proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

__X__ a certificate of appealability shall not be issued for the following reason(s):

The matter has been dismissed without prejudice so Anderson may exhaust his state court remedies.

New Orleans, Louisiana, this 2nd day of August, 2024.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**