U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Aug 12 2024

CAROL L. MICHEL
CLERK

SMS                Mail

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD ANDERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-873** |
| **TRAVIS DAY, WARDEN** | **SECTION "A" (5)** |

## MOTION TO STAY

Donald Anderson is currently incarcerated in the Louisiana Department of Corrections, specifically, Rayburn Correctional Center, and hereby request a Motion to Stay the Proceedings under Civil Action No: 12-1816, so he may exhaust the unexhausted claims filed in his 28 U.S.C. § 2254.

## FACTS

Donald Anderson, filed his Petitioner for Habeas Corpus pursuant to 28 U.S.C. § 2254 into the Honorable Court stating three claims for relief;

1. **Petitioner was denied an out-of-time appeal to assert that his sentence was excessive**

2. **Petitioner was denied effective assistance of counsel during plea negotiations**

3. **Counsel's ineffectiveness and incorrect advice about his parole eligibility rendered his guilty plea unknowingly and involuntarily.**

The Magistrate ahs filed a Report and Recommendation and on page 6 of the Recommendation states that he has failed to exhaust his state court remedies to the claims presented for review.

Due to Petitioner filing a Stay in the proceeding in State Court and the claims presented to be exhausted, petitioner seeks this Motion to Stay and to exhaust the claims presented for

1

TENDERED FOR FILING

AUG 12 2024

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

review and to have this matter brought back before the Federal Court for review on the claims presented.

454 Fed. Appx. 83, McLaughlin v. Shannon, (C.A.3 (Pa.) 2011), In determining how to proceed on remand, the District Court should consider that Rose "was meant only to prevent review of unexhausted habeas claims, not to bar viable, exhausted claims from federal court review." Urcinoli v. Cathel, 546 F.3d 269, 276 (3d Cir. 2008); see also Rhines, 544 U.S. at 278, 125 S.Ct. 1528 ("If a petitioner presents a district court with a mixed petition and the court determines that stay and abeyance is inappropriate, the court should allow the petitioner to delete the unexhausted claims and to proceed with the exhausted claims if dismissal of the entire petition would unreasonably impair the petitioner's right to obtain federal relief."). If the Court should find in the instant case that the petitioner's claims which are raised under the Sixth Amendment to the United States Constitution, then the Petitioner should be allowed to exhaust these claims in the State Court, then to allow the petitioner the opportunity to present these claims before the Federal Court in the 28 U.S.C. §2254, filed herein.

WHEREFORE Petitioner Prays the Honorable Court grant the Petitioner a Stay in the proceedings under Civil Action Number 24-873, so he may return to the Louisiana Supreme Court to exhaust the unexhausted claims.

Respectfully submitted,

_____
Donald Anderson #767588
Rayburn Correctional Center
27268 Highway 21 N
Angie, Louisiana 70426

## CERTIFICATE OF SERVICE

I, Donald Anderson #767588, do hereby certify that the foregoing has been provided to all parties involved herein, postage pre-paid, via U.S. Mail on this _7_ day of August, 2024.

_____
Donald Anderson #767588

Donald Anderson #767588
Rayburn Corr. Center
27268 Hwy 21 N.
Angie, LA. 70426

Cv. Action No: 24-873
Sec. A (5)

[Postage: US POSTAGE $001.77 ZIP 70426, AUG 08 2024]
[Stamp: NOT CENSORED Not Responsible for Contents AUG 0 8 2024 RAYBURN CORRECTIONAL CENTER]
FIRST-CLASS

U.S. Clerk of Court
U.S. District Court
Eastern District
500 Poydras St. Rm C151
New Orleans, LA. 70130

Case 2:24-cv-00873-JCZ   Document 13   Filed 08/12/24   Page 5 of 5