UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD ARTHUR ANDERSON | * | CIVIL ACTION NO. 24-873 |
| | * | |
| VERSUS | * | SECTION: "A" |
| | * | |
| TRAVIS DAY | * | JUDGE JAY C. ZAINEY |
| | * | |
| | * | |
| | * | |
| | * | |

## ORDER

On June 17, 2024, the Magistrate Judge issued a **Report and Recommendation (Rec. Doc. 9)** recommending that Donald Anderson's application for habeas corpus be dismissed without prejudice for failure to exhaust available state-court remedies. Anderson did not object by the deadline. On August 5, 2024, the Court adopted the Report and Recommendation (Rec. Doc. 10) and issued a judgment dismissing the case without prejudice (Rec. Doc. 11). One week later, on August 12, 2024, the petitioner, Anderson, moved this Court to stay proceedings until such time that his state court remedies are exhausted.

Accordingly;

**IT IS ORDERED** that the **Judgment (Rec. Doc. 11)** dismissing Anderson's petition is **VACATED** to allow Anderson to exhaust his state-court remedies.

**IT IS FURTHER ORDERED** that the **Motion to Stay (Rec. Doc. 13)** filed by Anderson is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the **Order Adopting Report and Recommendation (Rec. Doc. 10)** is **AMENDED** to reflect that the Court adopts the opinion of the Magistrate

1

Judge, but amends the relief such that Anderson's petition is stayed and administratively closed in lieu of dismissal without prejudice.

    August 15, 2024

                                                                JAY C. ZAINEY
                                         UNITED STATES DISTRICT JUDGE